```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 12402
    PHYLLIS HILL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6158


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/15/2008 and was not confirmed.

     The case was dismissed without confirmation 06/09/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------

WELLS FARGO HOME MORTGAG CURRENT MORTG        .00           .00           .00
WELLS FARGO HOME MORTGAG SECURED NOT I        .00           .00           .00
CITIFINANCIAL            SECURED VEHIC  13597.10            .00           .00
DELL FINANCIAL SERVICES  SECURED              .00           .00           .00
DELL FINANCIAL SERVICES  UNSECURED       2131.24            .00           .00
GRACE PARK CONDO         NOTICE ONLY    NOT FILED           .00           .00
WFNNB/VALUE CITY FURNITU SECURED          500.00            .00           .00
WFNNB/VALUE CITY FURNITU UNSECURED      NOT FILED           .00           .00
HARRIS BANK              NOTICE ONLY    NOT FILED           .00           .00
INTERNAL REVENUE SERVICE PRIORITY       NOT FILED           .00           .00
ADULT CARE SPECIALIST    UNSECURED      NOT FILED           .00           .00
BANK OF AMERICA          UNSECURED      NOT FILED           .00           .00
BANK OF AMERICA          UNSECURED      NOT FILED           .00           .00
BRYLANE HOME             UNSECURED      NOT FILED           .00           .00
CATHERINE TAPE REPORT    UNSECURED      NOT FILED           .00           .00
CHASE BANK               UNSECURED      NOT FILED           .00           .00
CHASE BANK               UNSECURED      NOT FILED           .00           .00
CHASE BP                 UNSECURED      NOT FILED           .00           .00
CITIBANK                 UNSECURED      NOT FILED           .00           .00
CITIBANK USA             UNSECURED      NOT FILED           .00           .00
DISCOVER FINANCIAL SERVI UNSECURED      NOT FILED           .00           .00
FIRST PREMIER BANK       UNSECURED      NOT FILED           .00           .00
HARRIS BANK              NOTICE ONLY    NOT FILED           .00           .00
HSBC                     UNSECURED      NOT FILED           .00           .00
GEMB/JCPENNY             UNSECURED      NOT FILED           .00           .00
MANN BRAKEN LLC          NOTICE ONLY    NOT FILED           .00           .00
NATIONAL CITY CREDIT CAR UNSECURED      NOT FILED           .00           .00
NEPHROLOGY ASS OF N ILLI UNSECURED      NOT FILED           .00           .00
NICOR GAS                UNSECURED      NOT FILED           .00           .00
SHELL OIL/CITIBANK       UNSECURED      NOT FILED           .00           .00
TARGET                   UNSECURED      NOT FILED           .00           .00
WALMART                  UNSECURED      NOT FILED           .00           .00
WELTMAN WEINBERG & REIS  NOTICE ONLY    NOT FILED           .00           .00
LEEDERS & ASSOCIATES LTD DEBTOR ATTY         .00                          .00
TOM VAUGHN               TRUSTEE                                          .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12402 PHYLLIS HILL
```

```
DEBTOR REFUND           REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                                  .00

PRIORITY                                                                    .00
SECURED                                                                     .00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                               .00
                                  ---------------       ---------------
TOTALS                                       .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE